UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Douglas S. Ellman, Trustee

    Plaintiff,
v.                                     Case No. 08-cv-13134

                                   Honorable Sean F. Cox

Popular Financial Services, LLC ,

    Defendant.
_____/

## ORDER PURSUANT TO BANKRUPTCY RULE 8012

The Court is scheduled to hear oral argument on the above case on Thursday, December 4, 2008 at 3:00 pm. After examination of the briefs and record, the Court is convinced that "the decisional process would not be significantly aided by oral argument." Fed.R.Bankr.P. 8012. Rule 8012 also states that "[a]ny party shall have an opportunity to file a statement setting forth the reason why oral argument should be allowed." *Id*. Accordingly, the parties have until **Wednesday, December 3, 2008** to file a response demonstrating why this Court should not decide the case on the briefs and record pursuant to Fed.R.Bankr.P. 8012.

    **IT IS SO ORDERED.**

                               S/Sean F. Cox
                               Sean F. Cox
                               United States District Judge

Dated: December 2, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on

December 2, 2008, by electronic and/or ordinary mail.

                                               S/Jennifer Hernandez
                                               Case Manager